UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

WILLIAM CARR,
   Plaintiff,

vs.  No. 06-1220

EMIL JONES, et.al.,
   Defendants

ORDER

On September 21, 2006, the court informed the plaintiff that he must pay the full filing fee in this case within seven days or his case would be dismissed. The plaintiff had failed to inform the court that he had three previous lawsuits dismissed pursuant to Title 28, United States Code, Section 1915, which provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

In 2002, the United States District Court for the Northern District of Illinois informed the plaintiff that he had accumulated three "strikes" pursuant to this provision. *Carry v. Harry*, 01-5203, February 14, 2002 Minute Order. *See also Carr v Urban*, 81-2318 (C.D.Ill); *Carr v. Gottfriend,* 82-5241 (N.D. Il)

The plaintiff has failed to pay the filing fee and his case is therefore dismissed.

**IT IS THEREFORE ORDERED that:**

**1) This case is dismissed in its entirety for failure to pay the filing fee in full.**

**2) The agency having custody of the plaintiff is directed to remit the docketing fee of $350.00 from the plaintiff's prison trust fund account if such funds are available. If the plaintiff does not have $350.00 in his trust fund account, the agency must send 20 percent of the current balance, or the average balance during the past six**

months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the clerk of court each time the plaintiff's account exceeds $10.00 until the fee of $350.00 is paid in its entirety.  The filing fee collected shall not exceed the statutory filing fee of $350.00.

3)  The plaintiff must  notify the clerk of the court of a change of address and phone number within seven days of such change.

4) The clerk is directed to mail a copy of this order to the plaintiff's place of confinement, to the attention of the Trust Fund Office.

5) The plaintiff is advised that in the future, he must immediately inform the court that he has accumulated three strikes when he files a complaint with a motion to proceed in forma pauperis with the clerk of the court.   If the plaintiff fails to provide this information, any future filings may be dismissed . *See  Sloan v. Lesza,* **181 F.3d 857, 859** (7th Cir. 1999).

Entered this 18th  day of December, 2006.

s\Harold A. Baker

_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE